Richard D. Shinbaum ASB-8638-B54R